# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SELENE MCLAUGHLIN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration,<br><br>　　　　　Defendant. | No. CV 12-1608-CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: August 14, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CARLA M. WOEHRLE
　　　　　　　　　　　　　　　　United States Magistrate Judge